**Order entered October 7 , 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01143-CV

## IN THE INTEREST OF A.K.S., A MINOR CHILD

### AND

No. 05-13-01144-CV

## IN THE INTEREST OF A.K.S., A MINOR CHILD

**On Appeal from the 380th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. 380-54072-2011 and 380-50660-2012**

## ORDER

Because a review of the clerk's records in these appeals reveals the two appeals concern the same parties and issues, we **CONSOLIDATE**, on our own motion, appellate cause number 05-13-01144-CV into cause 05-13-01143-CV. The parties shall now use only cause number 05-13-01143-CV when referencing the appeal.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE